IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| G. NEIL GARRETT, D.D.S., P.C., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 15-cv-5616 |
| | ) | |
| v. | ) | |
| | ) | |
| ADVANCE FUNDS NETWORK, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff G. Neil Garrett, DDS, PC, through its attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached an individual settlement which will resolve the case in its entirety. Plaintiff expects to complete the settlement within the next 45 days and file a Stipulation to Dismiss the individual claims with prejudice. Plaintiff requests that this Court strike all pending dates.

/s/
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, hereby certify that on September 23, 2015, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and I caused to be served a true and accurate copy of such filing upon the following:

**Via E-Mail to:**
Joshua Briones
Blank Rome LLP
2029 Century Park East
6th Floor
Los Angeles, CA 90067
JBriones@BlankRome.com

**Via U.S. Mail to:**
Advance Funds Network, LLC
C/O Registered Agent: David Catton
1969 East First Street
Brooklyn, NY 11223

              /s/
              Dulijaza (Julie) Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)