## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

| | |
|---|---|
| G. Neil Garrett, D.D.S., P.C.<br>Plaintiff,<br>v.<br>Advance Funds Network, LLC, et al.<br>Defendant. | Case No.: 1:15−cv−05616<br>Honorable Virginia M. Kendall |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2015:

MINUTE entry before the Honorable Virginia M. Kendall:The parties have informed the court that they reached a settlement in this matter. The case is dismissed without prejudice to become final and with prejudice on 11/20/15.Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.